## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X
MONEYGRAM INTERNATIONAL, INC., :
2828 North Harwood Street, Floor 15 :
Dallas, TX 75201 :
(214) 999-7552 :
               *Plaintiff*, :
               :
      -against- :
               : Case No. 1:23-cv-00541
CONSUMER FINANCIAL PROTECTION BUREAU, :
1700 G Street NW :
Washington, DC 20552 :
(855) 411-2372 :
             *Defendant*. :
---------------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MoneyGram International, Inc. ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment, Plaintiff's dismissal of the action is effective upon filing of this notice.

Dated: April 13, 2023

By: */s/ Ephraim Wernick*
Ephraim Wernick (D.C. Bar 497158)
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 639-6730
ewernick@velaw.com

*Counsel for Plaintiff MoneyGram International, Inc.*